```
Jay E. Smith (CA SBN 162832)
STEPTOE & JOHNSON LLP
633 West 5th Street
Suite 700
Los Angeles, CA 90071
Telephone:  (213) 439-9430
Facsimile:   (213) 439-9599
jsmith@steptoe.com

William Karas
Kenneth P. Ewing
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902
wkaras@steptoe.com
kewing@steptoe.com
```

Attorneys for Defendant JAPAN AIRLINES INTERNATIONAL CO., LTD.

Additional Counsel Appear on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y. HATA & CO., LIMITED, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR FRANCE-KLM; BRITISH AIRWAYS, PLC; ASIANA AIRLINES CO., LTD.; JAPAN AIRLINES INTERNATIONAL CO., LTD.; CATHAY PACIFIC AIRWAYS LTD.; DEUTSCHE LUFTHANSA AG; SCANDINAVIAN AIRLINES SYTEMS; UNITED AIRLINES, INC.; UAL CORP.; CARGOLUX AIRLINES INTERNATIONAL SA; LAN AIRLINES SA; POLAR AIR CARGO, INC.; ATLAS AIR WORLDWIDE HOLDINGS, INC.; KOREAN | CASE NO. CV 06-01916-SC<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>ORDER |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | AIRLINES CO., LTD.; SINGAPORE AIRLINES, LTD.; ACE AVIATION HOLDINGS, INC.; AIR CANADA; AMERICAN AIRLINES, INC.; AMR CORPORATION; SINGAPORE AIRLINES CARGO PTE LTD.; and VIRGIN ATLANTIC AIRWAYS LTD.,<br><br>                Defendants. |

Pursuant to Local Rule 6-1(a), Defendants Air France-KLM and Japan Airlines International Co., Ltd. respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise plead to this matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Air Cargo Shipping Services Antitrust Litigation* (MDL No. 1775) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on Defendants.[1]  Plaintiff Y. Hata & Co., Limited has consented to the requested extension.  In support of this motion, Defendants state:

    1.    The Complaint in this matter was filed on March 13, 2006.  It seeks relief under the Sherman Act and the Clayton Act against 20 defendants on behalf of a putative class.

    2.    More than 50 similar actions have been filed in various jurisdictions around the country.

    3.    Plaintiffs in various Districts have filed motions to consolidate and

---

[1]    It is agreed between all parties that this agreed motion does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal or subject-matter jurisdiction or improper venue.  The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

transfer before the Judicial Panel on Multidistrict Litigation ("JPML"). The JPML is considering motions to consolidate in a matter captioned *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775.

4. Some, but not all, of the Defendants in this case have been served. Some may contest service.

WHEREFORE, the Defendants request that this Court grant an extension of the Defendants' time to answer, move or otherwise plead in response to the complaint until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Air Cargo Shipping Services Antitrust Litigation* (MDL No. 1775) and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.

Respectfully submitted,

Dated: June 12, 2006                KERSHAW, CUTTER & RATINOFF LLP

Curtis Brooks Cutter
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814
T: (916) 448-9800
F: (916) 669-4499

*Attorneys for Plaintiff*

1
2       STEPTOE & JOHNSON LLP
3
4       _____
        Jay E. Smith (SBN 162832)
5       Elizabeth M. Johnson
        William Karas
6       Kenneth P. Ewing
        STEPTOE & JOHNSON LLP
7       633 West Fifth Street, Seventh Floor
        Los Angeles, CA 90071
8       T: (213) 439-9400
        F: (213) 429-9599
9
        *Attorneys for Defendant Japan Airlines
10      International Company Ltd.*
11
12      LINKLATERS
13
14      _____ (by JES per authorization)
        James R. Warnot, Jr.
15      LINKLATERS
        1345 Avenue of the Americas
16      New York, NY 10105
        T: (212) 903-9000
17      F: (212) 903-9100

18      *Attorneys for Defendant Air France-KLM*
19
20      UNITED STATES DISTRICT COURT
21      NORTHERN DISTRICT OF CALIFORNIA
22      IT IS SO ORDERED
23      [signature]
24      Judge Samuel Conti
25
26
27
                            -4-
28      STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
        TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-01916