C. Brooks Cutter, State Bar No. 121407
**KERSHAW, CUTTER & RATINOFF LLP**
980 9th Street, Suite 1900
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Y. HATA & CO., LIMITED, on behalf of itself and all others similarly situated,

Plaintiff,

v.

AIR FRANCE-KLM; BRITISH AIRWAYS, PLC; ASIANA AIRLINES, INC.; NIPPON CARGO AIRLINES CO., LTD.; JAPAN AIRLINES INTERNATIONAL CO., LTD.; CATHAY PACIFIC AIRWAYS LTD.; DEUTSCHE LUFTHANSA AG; SCANDANAVIAN AIRLINES SYSTEMS; UNITED AIRLINES, INC.; UAL CORP.; CARGOLUX AIRLINES INTERNATIONAL SA; LAN AIRLINES SA; POLAR AIR CARGO, INC.; ATLAS AIR WORLDWIDE HOLDINGS, INC.; KOREAN AIRLINES CO., LTD.; SINGAPORE AIRLINES, LTD.; ACE AVIATION HOLDINGS, INC.; AIR CANADA; AMERICAN AIRLINES, INC.; AMR CORPORATION; SINGAPORE AIRLINES CARGO PTE LTD.; and VIRGIN ATLANTIC AIRWAYS LTD.

Defendants.

Case No.: C06-01916 SC

**CLASS ACTION**

**STIPULATION AND ~~[PROPOSED]~~ ORDER AMENDING CASE MANAGEMENT ORDER AND ADR DEADLINES**

Assigned to The Honorable Samuel Conti

Plaintiff respectfully requests that this Court enter an order extending the time in which to comply with the Court's initial order regarding the Case Management and ADR deadlines until the Judicial Panel on Multidistrict Litigation ("JPML") rules on a motion pending in *In re Air Cargo Shipping Services Antitrust Litigation* (MDL No. 1775) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on Defendants. Defendants Air France-KLM, Japan Airlines International Co., Ltd., Singapore Airlines, Ltd., and Singapore Airlines Cargo PTE Ltd., have consented to the requested extensions. In support of this Motion, Plaintiff states:

1. The Complaint in this matter was filed on March 13, 2006. It seeks relief under the Sherman Act and the Clayton Act against 20 defendants on behalf of a putative class.

2. More than 50 similar actions have been filed in various jurisdictions around the country.

3. Plaintiffs in various Districts have filed motions to consolidate the cases and the JPML is currently considering the motions to consolidate, in a matter captioned *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775.

4. On May 4, 2006, plaintiff served all defendants with Notice(s) of Lawsuit and Request for Waiver of Service of Summons.

5. Some, but not all, the defendants in this case have accepted service by executing a Waiver of Service of Summons. Some may contest service. Accordingly, all parties have not had an opportunity to meet and confer regarding ADR and Case Management issues. The last day for plaintiffs to effectuate service of the complaint is July 11, 2006.

WHEREFORE, plaintiff requests that this Court grant an extension to the following deadlines until the JPML rules on the motion pending in *In re Air Cargo Shipping Services Antitrust Litigation* (MDL No. 1775):

1. The parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by June 21, 2006;

2. The parties are to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by June 21, 2006;

3. The parties are to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file/serve Rule 26(f) Report by July 5, 2006; and

4. The Case Management Conference is scheduled for July 28, 2006.

DATED: June 21, 2006 KERSHAW, CUTTER & RATINOFF LLP

By ________________ for
C. Brooks Cutter
KERSHAW, CUTTER & RATINOFF LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiff and the Class*

DATED: June 20, 2006 STEPTOE & JOHNSON LLP

By ________________
Jay E. Smith
William Karas
Kenneth P. Ewing
STEPTOE & JOHNSON LLP
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 429-9599

*Attorneys for Defendant Japan Airlines International Company Ltd.*

DATED: June ____, 2006 LINKLATERS

By ________________
James R. Warnot, Jr.
LINKLATERS
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Air France-KLM*

3. The parties are to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file/serve Rule 26(f) Report by July 5, 2006; and

4. The Case Management Conference is scheduled for July 28, 2006.

DATED: June ____, 2006 KERSHAW, CUTTER & RATINOFF LLP

By______________________________

C. Brooks Cutter
KERSHAW, CUTTER & RATINOFF LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

*Attorneys for Plaintiff and the Class*

DATED: June ____, 2006 STEPTOE & JOHNSON LLP

By______________________________

Jay E. Smith
Elizabeth M. Johnson
William Karas
Kenneth P. Ewing
STEPTOE & JOHNSON LLP
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 429-9599

*Attorneys for Defendant Japan Airlines International Company Ltd.*

DATED: June 20, 2006 LINKLATERS

By [signature] /RB

James R. Warnot, Jr.
LINKLATERS
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

*Attorneys for Defendant Air France-KLM*

DATED: June ____, 2006

LATHAM & WATKINS, LLP

By________________________________
Margaret M. Zwisler
LATHAM & WATKINS, LLP
555 Eleventh St., NW, Suite 100
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorneys for Defendants Singapore Airlines, Ltd. and Singapore Airlines Cargo PTE Ltd.*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

**IT IS SO ORDERED.** Case Management Conference continued to 9/22/06 at 10:00a.m.

DATED: 6/26/06

______________________________
The Honorable Samuel Conti
UNITED STATES DISTRICT COURT