LATHAM & WATKINS LLP
Margaret M. Zwisler
Abbott B. Lipsky
Charles R. Price
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004
Telephone:   (202) 637-2200
Facsimile:    (202) 637-2201

LATHAM & WATKINS LLP
Johsua N. Holian
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone:   (415) 391-0600
Facsimile:    (415) 395-8095

Attorneys for Defendants Singapore Airlines Cargo PTE LTD and Singapore Airlines Limited

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y. HATA & CO., LIMITED, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR FRANCE-KLM; BRITISH AIRWAYS, PLC; ASIANA AIRLINES CO., LTD.; JAPAN AIRLINES INTERNATIONAL CO., LTD.; CATHAY PACIFIC AIRWAYS LTD.; DEUTSCHE LUFTHANSA AG; SCANDINAVIAN AIRLINES SYTEMS; UNITED AIRLINES, INC.; UAL CORP.; CARGOLUX AIRLINES INTERNATIONAL SA; LAN AIRLINES SA; POLAR AIR CARGO, INC.; ATLAS AIR WORLDWIDE HOLDINGS, INC.; KOREAN AIRLINES CO., LTD.; SINGAPORE AIRLINES, LTD.; ACE AVIATION | CASE NO. CV 06-01916-SC<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**AMENDED ORDER** |

-1-

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | HOLDINGS, INC.; AIR CANADA;<br>AMERICAN AIRLINES, INC.; AMR<br>CORPORATION; SINGAPORE<br>AIRLINES CARGO PTE LTD.; and<br>VIRGIN ATLANTIC AIRWAYS LTD.,<br><br>         Defendants. |

Pursuant to Local Rule 6-1(a), Defendants Singapore Airlines Cargo PTE LTD and Singapore Airlines Limited respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise plead to this matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Air Cargo Shipping Services Antitrust Litigation* (MDL No. 1775) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on Defendants.[1] Plaintiff Y. Hata & Co., Limited has consented to the requested extension. In support of this motion, Defendants state:

1. The Complaint in this matter was filed on March 13, 2006. It seeks relief under the Sherman Act and the Clayton Act against 20 defendants on behalf of a putative class.

2. More than 50 similar actions have been filed in various jurisdictions around the country.

3. Plaintiffs in various Districts have filed motions to consolidate and transfer before the Judicial Panel on Multidistrict Litigation ("JPML"). On June 20, 2006, the JPML issued an order selecting the Eastern District of New York as

---

[1] It is agreed between all parties that this agreed motion does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal or subject-matter jurisdiction or improper venue. The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

the transferee district for *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775.

4.   Some, but not all, of the Defendants in this case have been served. Some may contest service.

WHEREFORE, the Defendants request that this Court grant an extension of the Defendants' time to answer, move or otherwise plead in response to the complaint until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Air Cargo Shipping Services Antitrust Litigation* (MDL No. 1775) and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.

Respectfully submitted,

Dated: June 26, 2006

KERSHAW, CUTTER & RATINOFF LLP



Curtis Brooks Cutter
Kershaw, Cutter & Ratinoff LLP
980 9th Street
19th Floor
Sacramento, CA 95814
T: (916) 448-9800
F: (916) 669-4499

*Attorneys for Plaintiff*



IT IS SO ORDERED
Judge Samuel Conti

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | |
| 3 | *[signature]* |
| 4 | Johsua N. Holian<br>LATHAM & WATKINS LLP |
| 5 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562 |
| 6 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 7 | Cal. Bar. # 241772 |
| 8 | Margaret M. Zwisler<br>Abbot B. Lipsky |
| 9 | Charles R. Price<br>LATHAM & WATKINS LLP |
| 10 | 555 Eleventh Street, N.W., Suite 1000<br>Washington, DC 20004 |
| 11 | Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 |
| 12 | Attorneys for Defendants Singapore Airlines |
| 13 | Cargo PTE LTD and Singapore Airlines Limited |
| 14 | |
| ... | |
| 28 | |