Robert B. Badal, State Bar No. 81313
robert.badal@hellerehrman.com
John Landry, State Bar No. 194374
jlandry@hellerehrman.com
Helen Cho, State Bar No. 240531
helen.cho@hellerehrman.com
HELLER EHRMAN LLP
333 S. Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone:  (213) 689-7645
Facsimile:   (213) 614-1868

Attorneys for Defendant ASIANA AIRLINES, INC.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y. HATA & CO., LIMITED, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AIR FRANCE-KLM; BRITISH AIRWAYS, PLC; ASIANA AIRLINES CO., LTD.; JAPAN AIRLINES INTERNATIONAL CO., LTD.; CATHAY PACIFIC AIRWAYS LTD.; DEUTSCHE LUFTHANSA AG; SCANDINAVIAN AIRLINES SYSTEMS; UNITED AIRLINES, INC.; UAL CORP.; CARGOLUX AIRLINES INTERNATIONAL SA; LAN AIRLINES SA; POLAR AIR CARGO, INC.; ATLAS AIR WORLDWIDE HOLDINGS, INC.; KOREAN AIRLINES CO., LTD.; SINGAPORE AIRLINES, LTD.; ACE AVIATION HOLDINGS, INC.; AIR CANADA; AMERICAN AIRLINES, INC.; AMR CORPORATION; SINGAPORE | CASE NO. CV 06-01916-SC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Assigned to The Honorable Samuel Conti |

-1-

<div style="text-align: right">
AIRLINES CARGO PTE LTD.; and<br>
VIRGIN ATLANTIC AIRWAYS LTD.,<br>
Defendants.
</div>

Pursuant to Local Rule 6-1(a), Defendants British Airways, PLC, Asiana Airlines Co., Ltd., Cathay Pacific Airways Ltd., Deutsche Lufthansa AG, Scandinavian Airlines System, United Airlines, Inc., UAL Corp., Cargolux Airlines International SA, Lan Airlines SA, Polar Air Cargo, Inc., Atlas Air Worldwide Holdings, Inc., Korean Airlines Co., Ltd., Ace Aviation Holdings, Inc., Air Canada, American Airlines, Inc., AMR Corporation, and Virgin Atlantic Airways Ltd. respectfully request that this Court enter an order extending the time in which Defendants must answer, move or otherwise plead in response to the complaint in this action until 45 days after a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.

In support of this motion, Defendants state:

1.  The Complaint in this matter was filed on March 13, 2006. It seeks relief under the Sherman Act and the Clayton Act against 20 defendants on behalf of a putative class.

2.  More than 80 similar actions have been filed in various jurisdictions around the country.

3.  Plaintiffs in various Districts have filed motions to consolidate and transfer before the Judicial Panel on Multidistrict Litigation ("JPML"). On June 20, 2006, the JPML issued an order selecting the Eastern District of New York as the transferee district for *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775.

4.  Some, but not all, of the Defendants in this case have been served. By signing hereto, notwithstanding the non-waiver and reservation of rights set out in

STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-01916

Paragraph 5 below, counsel for Defendants hereby agrees to accept service of the complaint filed in this action, and any consolidated complaint that includes Plaintiff as a named Plaintiff. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraphs.

5. It is agreed between all parties that the agreed motion shall not constitute a waiver of any defenses including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

6. Plaintiff Y. Hata & Co., Limited has consented to the requested extension.

WHEREFORE, the Defendants request that this Court grant an extension of the Defendants' time to answer, move or otherwise plead in response to the complaint until 45 days after a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.

Respectfully submitted,

Dated: July   , 2006         KERSHAW, CUTTER & RATINOFF LLP


C. Brooks Cutter (SBN 121407)

Kershaw, Cutter & Ratinoff LLP
980 9th Street, Suite 1900
Sacramento, California  95814
T: (916) 448-9800
F: (916) 669-4499

*Attorney for Plaintiff Y.Hata & Co., Limited*

-3-
STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-01916

Paragraph 5 below, counsel for Defendants hereby agrees to accept service of the complaint filed in this action, and any consolidated complaint that includes Plaintiff as a named Plaintiff. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraphs.

5.   It is agreed between all parties that the agreed motion shall not constitute a waiver of any defenses including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

6.   Plaintiff Y. Hata & Co., Limited has consented to the requested extension.

WHEREFORE, the Defendants request that this Court grant an extension of the Defendants' time to answer, move or otherwise plead in response to the complaint until 45 days after a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.

Respectfully submitted,

Dated: July 18, 2006

KERSHAW, CUTTER & RATINOFF LLP

C. Brooks Cutter (SBN 121407)

Kershaw, Cutter & Ratinoff LLP
980 9th Street, Suite 1900
Sacramento, California 95814
T: (916) 448-9800
F: (916) 669-4499

*Attorney for Plaintiff Y.Hata & Co., Limited*

-3-

Dated: July 28, 2006                HELLER EHRMAN LLP

_____
Robert G. Badal (SBN #81313)
John M. Landry
Helen H. Cho
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
T: (213) 689-0200
F: (213) 614-1868

*Attorneys for Defendant Asiana Airlines, Inc.*

Dated: July 28, 2006                MAYER, BROWN, ROWE & MAW, LLP

L. Rubin / HC
_____
Lee J. Rubin (SBN 141331)
MAYER, BROWN, ROWE & MAW, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
T: (650) 331-2000
F: (650) 331-4537

Richard J. Favretto
Andrew A. Nicely
John Roberti
MAYER, BROWN, ROWE & MAW, LLP
1909 K Street, NW
Washington, DC 20006

*Attorneys for Defendants United Air Lines, Inc. and UAL Corp.*

| | | |
|---|---|---|
| 1 | Dated: July 28, 2006 | WEIL, GOTSHAL & MANGES LLP |
| 2 | | |
| 3 | | _G. Rosenstein /HC_ |
| | | Gayle E. Rosenstein (SBN 237975) |
| 4 | | WEIL, GOTSHAL & MANGES LLP |
| | | Silicon Valley Office |
| 5 | | 201 Redwood Shores Parkway |
| | | Redwood Shores, California 94065 |
| 6 | | T: (650) 802-3000 |
| | | F: (650) 802-3100 |
| 7 | | |
| 8 | | *Attorneys for Defendants AMR Corp., and American Airlines* |
| 9 | | |
| 10 | Dated: July 28, 2006 | SULLIVAN & CROMWELL LLP |
| 11 | | |
| 12 | | _B. Cullen /HC_ |
| | | Brendan P. Cullen (SBN 194057) |
| 13 | | SULLIVAN & CROMWELL LLP |
| | | 1870 Embarcadero Road |
| 14 | | Palo Alto, California 94303 |
| | | T: (650) 461-5600 |
| 15 | | F: (650) 461-5700 |
| 16 | | Daryl A. Libow |
| | | SULLIVAN & CROMWELL LLP |
| 17 | | 1701 Pennsylvania Avenue, NW |
| | | Washington, DC 20006 |
| 18 | | T: (202) 956-7500 |
| | | F: (202) 293-6330 |
| 19 | | |
| 20 | | *Attorneys for Defendant British Airways Plc* |

| | | |
|---|---|---|
| 1 | Dated: July 28, 2006 | DLA PIPER RUDNICK GRAY CARY US |
| 2 | | |
| 3 | | *D. Fitzpatrick / HC*<br>Danielle S. Fitzpatrick (SBN 196593) |
| 4 | | DLA PIPER RUDNICK GRAY CARY US LLP |
| 5 | | 701 Fifth Avenue, Suite 7000<br>Seattle, Washington 98104 |
| 6 | | T: (206) 839-4876<br>F: (206) 839-4801 |
| 7 | | |
| 8 | | Edward B. Schwartz<br>DLA PIPER RUDNICK GRAY CARY US LLP |
| 9 | | 1200 Nineteenth Street, NW |
| 10 | | Washington, DC 20036<br>T: (202) 861-6419 |
| 11 | | F: (202) 223-2085 |
| 12 | | *Attorneys for Defendant Cathay Pacific Airways Ltd.* |
| 13 | | |
| 14 | | |
| 15 | Dated: July 20, 2006 | CROWELL & MORING LLP |
| 16 | | |
| 17 | | Deborah E. Arbabi (SBN 167275) |
| 18 | | George Ruttinger<br>Jeffrey Blumenfeld |
| 19 | | CROWELL & MORING LLP<br>3 Park Plaza |
| 20 | | 20th Floor<br>Irvine, CA 92614 |
| 21 | | T: (949) 263-8400<br>F: (949) 263-8414 |
| 22 | | |
| 23 | | *Attorneys for Defendant Scandinavian Airlines System* |

-6-

STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-01916

Dated: July 28, 2006

MORGAN, LEWIS & BOCKIUS LLP

_P. Halle / HC_
Peter E. Halle
Willard K. Tom
Joseph Brooks
Melissa Furrer Miller
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001

*Attorneys for Defendant Korean Airlines Company Ltd.*

Dated: July 28, 2006

HOGAN & HARTSON LLP

_G. Hritz / HC_
George Hritz
Eric Stock
Laurence Robin-Hunter
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
T: (212) 918-3000
F: (212) 918-3100

*Attorneys for Defendant Air Canada and Ace Aviation Holdings*

Dated: July 28, 2006

SHEARMAN & STERLING LLP

*S. Fishbein / MC*

Stephen Fishbein
Michael Rasnick
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
T: (212) 848-4000
F: (212) 848-7179

*Attorneys for Defendant Cargolux Airlines International S.A.*

Dated: July 28, 2006

SQUIRE SANDERS & DEMPSEY LLP

*J. Dick / HC*

James V. Dick
Marshal S. Sinich
SQUIRE SANDERS & DEMPSEY LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
T: (202) 626-6600
F: (202) 626-6780

*Attorneys for Defendant Lan Airlines S.A.*

Dated: July 28, 2006

ROPES & GRAY LLP

*J. Wang /HC*
Thomas Wang (SBN 228792)
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA 94301-1917
T: (650) 617-4000
F: (650) 617-4090

*Attorneys for Defendants Atlas Air Worldwide Holdings Inc. and Polar Air Cargo Inc.*

Dated: July 28, 2006

SIMPSON THACHER & BARTLETT LLP

*H. Frahn /HC*
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
T: (650) 251-5000
F: (650) 251-5002

Charles E. Koob (SBN 047349)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
T: (212) 455-2000
F: (212) 455-2502

*Attorneys for Defendant Virgin Atlantic Airways Ltd.*

| | |
|---|---|
| 1   Dated: July 28, 2006 | WILMER CUTLER PICKERING HALE AND DORR LLP |

*M. Flanagan /MC*
Mark Flanagan (SBN 130303)
WILMER CUTLER PICKERING HALE
AND DORR LLP
1117 S. California Avenue
Palo Alto, CA 94304
T: (650) 858-6047
F: (650) 858-6100

David W. Ogden
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
T: (202) 663-6440
F: (202) 663-6363

*Attorneys for Defendant Deutsche Lufthansa AG*

**IT IS SO ORDERED**

DATED: _August 2, 2006_

The Honorable Samuel Conti
UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

-10-
STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-01916