1
2  EDWARD D. JOHNSON (SBN 189475)
   SHIRISH GUPTA (SBN 205584)
3  MAYER, BROWN, ROWE & MAW, LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306
5  Telephone: (650) 331-2000
   Facsimile: (650) 331-4537
6  wjohnson@mayerbrownrowe.com

7  Richard J. Favretto
   Andrew A. Nicely
8  John Roberti
   MAYER, BROWN, ROWE & MAW, LLP
9  1909 K Street, NW
   Washington, DC  20006
10 Telephone:  (202) 263-3000
   Facsimile:  (202) 263-3300
11 rfavretto@mayerbrownrowe.com

12 Attorneys for Defendants UNITED AIR LINES, INC.
   and UAL CORP.

13              **UNITED STATES DISTRICT COURT**

14      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 15  Y. HATA & CO., LIMITED, on behalf of itself And all others similarly situated | CASE NO. CV 06-01916-SC |
| 16 | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 17          Plaintiff, | |
| 18  v. | The Honorable Samuel Conti |
| 19  AIR FRANCE-KLM; BRITISH AIRWAYS, PLC; ASIANA AIRLINES CO., LTD.; JAPAN AIRLINES INTERNATIONAL CO., LTD.; CATHAY PACIFIC AIRWAYS LTD.; DEUTSCHE LUFTHANSA AG; SCANDINAVIAN AIRLINES SYTEMS; UNITED AIRLINES, INC.; UAL CORP.; CARGOLUX AIRLINES INTERNATIONAL SA; LAN AIRLINES SA; POLAR AIR CARGO, INC.; ATLAS AIR WORLDWIDE HOLDINGS, INC.; KOREAN AIRLINES CO., LTD.; SINGAPORE AIRLINES, LTD.; ACE AVIATION HOLDINGS, INC.; AIR CANADA; AMERICAN AIRLINES, INC.; AMR CORPORATION; SINGAPORE AIRLINES CARGO PTE LTD.; and VIRGIN ATLANTIC AIRWAYS LTD., | |
| 27          Defendants. | |
| 28 | |

Pursuant to Local Rule 6-1(a), Defendants United Air Lines, Inc., and UAL Corp., respectfully request that this Court enter an order extending the time in which Defendants must answer, move or otherwise plead to this matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.  Plaintiff Y. Hata & Co., Limited has consented to the requested extension.  In support of this motion, Defendants state:

1.   The Complaint in this matter was filed on March 13, 2006.  It seeks relief under the Sherman Act and the Clayton Act against 20 defendants on behalf of a putative class.

2.   More than 80 similar actions have been filed in various jurisdictions around the country.

3.   Plaintiffs in a number of related cases filed motions to consolidate and transfer before the Judicial Panel on Multidistrict Litigation ("JPML") under the matter captioned *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775.  On June 20, 2006, the JPML ordered all cases, including this case, to be transferred to the U.S. District Court for Eastern District of New York.

WHEREFORE, the Defendants request that this Court grant an extension of the Defendants' time to answer, move or otherwise plead in response to the complaint until the later of:  (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.

Dated:  August 2, 2006            KERSHAW, CUTTER & RATINOFF LLP

/s/ C. Brooks Cutter
C. Brooks Cutter (SBN 121407)

Kershaw, Cutter & Ratinoff LLP
980 9th Street, Suite 1900
Sacramento, California  95814
T:  (916) 448-9800
F:  (916) 669-4499

*Attorney for Plaintiff Y. Hata & Co., Limited*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 2, 2006 | MAYER, BROWN, ROWE & MAW, LLP |
| 3 | | /s/ Shirish Gupta |
| | | Shirish Gupta |
| 4 | | *Attorneys for Defendants United Air Lines, Inc. and UAL Corp.* |
| 5 | | |

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

**IT IS SO ORDERED**

DATED: August 4, 2006

The Honorable
UNITED STATES DISTRICT JUDGE

*Judge Samuel Conti*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED)

- 3 -
STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
TO EXTEND TIME TO RESPOND TO COMPLAINT CV 06-01916

PADB01 44022181.1  02-Aug-06 17:08